U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 1 8 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 2:12CR20043-001

MIGUEL PARAMO

## FINAL ORDER OF FORFEITURE

On January 28, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 172). In the Preliminary Order of Forfeiture,

1. All real property together with buildings, appurtenances, improvements, fixtures, attachments and easements located at 411 Dallas Avenue in Mena, Arkansas; and,

2. All real property together with buildings, appurtenances, improvements, fixtures, attachments and easements located at 797 Pine Street in Waldron, Arkansas

was forfeited to the United States pursuant to 18 U.S.C. § 982 incorporating by reference 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On April 2, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

1

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 28, 2013, shall become final at this time.

IT IS SO ORDERED this 18th day of June, 2013.

*P. K. Holmes*

HONORABLE P,K, HOLMES III
CHIEF UNITED STATES DISTRICT JUDGE

2