Case 2:12-cr-20043-PKH   Document 499   Filed 05/10/16   Page 1 of 1 PageID #: 2704

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

United States of America )
v. )
)
MIGUEL PARAMO ) Case No: 2:12CR20043-001
) USM No: 44692-177
Date of Original Judgment: 06/18/2013 )
Date of Previous Amended Judgment: ) Mark J. Mobley
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   210   months **is reduced to**   168 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/18/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/10/2016                           /s/ P.K. Holmes, III
                                                  *Judge's signature*

Effective Date:                                    Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                   *Printed name and title*